E-FILED
Wednesday, 20 July, 2022  03:30:10 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Juan Herrera

_Plaintiff_

vs.

MRS. Clarkson - Nurse Practitioner
MRS. Greene - Warden
MRS. Ashcraft - Medical Director
Mr. Rob Jeffreys - I.D.O.C. Director
mr. Trusewych, Z - Head Doctor

_Defendant(s)_

Case No. _____

_(The case number will be assigned by the clerk)_

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☐   42 U.S.C. §1983 (state, county or municipal defendants)

☐   Action under _Bivens v. Six Unknown Federal Narcotics Agents_, 403 U.S. 388 (1971)(federal defendants)

☐   Other federal law: _____

☐   Unknown _____

## I.  FEDERAL JURISDICTION

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff

Full Name: Juan Herrera

Prison Identification Number: M32601

Current address: 2500 State Route 99 south
MTSterling, IL 62353

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1

Full Name: MRS. Clarkson

Current Job Title: Nurse Practitioner

Current Work Address Western ILLinois Corr. Center.
2500 RT, 99 South MTSterling. IL. 62353

Defendant #2:

Full Name: MRS. Greene

Current Job Title: Warden

Current Work Address 2500 RT 99 south
MTSterling IL 62353

Defendant #3:

Full Name: MRS. Ashcraft

Current Job Title: Medical Director

2

Current Work Address 2500 Rt. 99 South
MTSterling, IL. 62353

Defendant #4:

Full Name: MR. Trusewych, Z

Current Job Title: Head Doctor

Current Work Address 2500 RT 99 South
MTSterling, IL. 62353

Defendant #5:

Full Name: MR. Rob Jeffreys

Current Job Title: I.D.O.C Director

Current Work Address P.O. Box 19277
SpringField, IL. 62794-9277

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court <u>dealing</u> with the same facts involved

in this case?        Yes ☐              No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐          No ☑

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

1.  Name of Case, Court and Docket Number

_____

2.  Basic claim made _____

3.  Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?) _____

_____

*For additional cases, provide the above information in the same format on a separate page.*

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A.  Is there a grievance procedure available at your institution?  Yes ☑   No ☐

B.  Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☑   No ☐

If your answer is no, explain why not _____

_____

C.  Is the grievance process completed?   Yes ☑   No ☐

## V.  STATEMENT OF CLAIM

Place(s) of the occurrence _____

4

Date(s) of the occurrence _____  9-2-2021

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.* I A ReSident OF I.D.O.C.

Mr. Adam # K67019 Am Assisting the plaintiff Mr. Herrera m32601 writting this claim on his Behalf Because He. can't Read, write or spell in English very well. The plaintiff Mr. Herrera has been repeatedly Reporting to medical staff Since 2016 About. Having Lower Back Pain. As Time went by As his medical Records Proves is that He was Given Pain meds that only. Dulled. the Pain that was Prior to coming to this Facility Western ILL. C.C. He made it Know About his ongoing Lower back Pain since Early. As Jan 2021 Mr. HERRERA started and completed. the Grievance. Process and Asked For A MRI. He had Friends & Family in the medical Field that told him A MRI would Help in Reducing or completly. taking A way His Pain. The nurse Practitioner Has both delayed and Denied A MRI Being Done Because IDOC want Pay For it Because cost to much. In her Inaction For medical Treatment MRI she has Denied Him Pain Relief and treatment this is deliberate indifferance. to Delay and Deny Him Treatment is A violation OF His. Rights & crule and unusual Punishment. Since through. Her Recumendmented tests Proved that he had Arthritis well over 6 months ago And still he Was reFused A MRI. Doe to her In action to place A order in to have one MRI. when He Firts got Here At W.I.CC. The doctor in Reviewing his medical Record Didn't order A MRI. Nor AFter the test Results

5

Arthritis, was shown to be in his lower back. because the doctor was aware or should have been aware of this through his Inaction has delayed and denied MRI treatment and every other treatment that could be Issued As a Result of a MRI Both of these defendants Are Guilty of deliberate indifferance and crule and unusual Punishment. He's Forced to live with this Pain and denied Relief From Pain and Is suffering in other ways that he can't do some Actions like normal, sleep deprived and suffers mentally and Emotional As a Result. He Has a number of Exhibits to Prove that he has reported to the medical staff dated Bact to 2016 until currently 2021 9-2-2021. Yet his chronic Problem Arthritis. To Deny Him A MRI through In action the doctor has also denied him Medical Treatment and much reduced Pain relief which could have took away His Pain all together and he could got back to his normal Activities. But Because of his Inactions he can't do things like normal. Such As sleep. He's Both thru sick call and Grievances. Mrs Clarkson the medical staff down played his discomfort and pain to make it seen unnissary to have a MRI. Being only A nurse Practitioner she's not A Expert in that Field and should have Put in a order For MRI So Expert opinion could have directed Her and the doctor concerning His obvious Distress. How can Somebody say I'm not in distress while I'm Trying to Preform A range of MOTion (Rom) and the nurse Practitioner MRS Clarkson say I had no Apparant Distress But test Results Proves that I Got Arthritis. I made my concern known to warden MRS. Greene that didn't do Anything About my medical Problem

and in this way she also is Guilty of Deliberate Indifferance From Her Known Limited Actions, Theu Her Inactions. I suffered A Lack of medical Treatment and Pain Relief.

RELIEF REQUESTED

(State what relief you want from the court.)

7

# PERSONAL INJURY CLAIM

Because of history dealing with moves in A Daily Life with living in a small cell with being in so much pain in my lower back, it is so painful for me to bend to clean up; to go inside either one of my boxs, to use the toilet, to sit down or to stand up, my lower back is always in severe pain. When I stand up or sit down for more than 10 minutes my lower back will be in over drive as far as Severe Pain. When I Tie up my shoes my lower back be in severe Pain. When I Hold anything Heavy more than 5 Pounds my Lower back be in severe Pain I can NOT sleep for 20 or 30 minutes Because my lower back will Go into over drive severe Pain. iF I try to go to sleep on my left or Right side my lower back goes in to severe Pain over drive, I Be in So much Pain that I can't Get my Regular 8 hours sleep The Next day I have (Anciety, Depression, headaches caused by the Stress of not being able to sleep, For being in severe Pain.) When I I try to clean the Floor in my cell Bending Down Does have my lower back in So much Pain. Moving my big box is Painful, when I was in (MENARD C.C., it was somedays that I was NOT able to Get up off my bunk to get to the Toilet. there times Right Now in (Western C.C.) That I am NOT able to Get off my bunk to Get to the toilet. and when I try to walk the yard, I walk about 1/4 of a mile then my back goes into severe Pain I need to walk to Help my High cholesterol. ETC.

Money Damage of 300,000 Compensary damages
Punative Damages Stop delaying medical treatment
For Residents with chronic medical Problems

JURY DEMAND        Yes ☑        No ☐

Signed this ___17___ day of ___10___ , 20 _21_

_Juan Herrera_

( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| MR. Juan Herrera | M32601 |
| Address: RT<br>2500 🖊, 99 south<br>MTSterling, IL 62353 | Telephone Number: |

8

PROFILE INFORMATION FORM

Please fill out and return this form along with any other pleading you wish to submit to the court. It is your responsibility to keep the court advised of your current address in order for you to receive orders from the court. Failure to do so may result in dismissal of your case for want of prosecution. Once the Prisoner Correspondent records this information, this form will be destroyed.

PLEASE PRINT

1.  Name:
    _Juan_____ _____ _Herrera_____
    (First)                        (Middle)       (Last)

    List Alias Names, if any: _____

    _____

2.  Any Current/Prior
    Prison ID Number(s): _M32601_____

    Name of Prison(s): _Western_____ILL. C. C._____

3.  Jail ID Number(s): _M32601_____

    Name of Jail(s): _Kane County Jail_____

4.  Date of Birth: _11-24-75_____

5.  Home Address (Do not use P.O. Box) (Not Institution address):

    Street Name and Number: _2500 RT, 99 South_____

    City, State and Zip Code: _MTSterling IL 63353_____

Reviewed 1/16/14